

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00124-CV

| | | |
|---|---|---|
| GLENDA SAYLES, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE OF ROY BROADWELL, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (187,559-C) |
| V. | § | January 7, 2021 |
| SENIOR CARE RESOURCES, INC. D/B/A SENIOR CARE HEALTH & REHABILITATION-WICHITA FALLS; FOURSQUARE HEALTHCARE, LTD.; FOURSQUARE SNF, INC.; NC RESOURCES, INC.; WICHITA NH REALTY, LTD.; AND NTF REALTY, INC., Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Glenda Sayles shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack